

CEM/RS: USAO# 2026R0007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**DEION TAURENCE PHILIP,**<br>a/k/a/ "Fetti,"<br>a/k/a "Poppa Fetti,"<br><br>Defendant. | CRIMINAL NO. JRR-26-72<br><br>(Sex Trafficking of a Child, 18 U.S.C. § 1591(a); Transportation of Minors, 18 U.S.C. § 2423; Forfeiture, 18 U.S.C. §§ 1594(d) and 2428; 21 U.S.C. § 853(p); 28 U.S.C. § 2461(c)) |

## INDICTMENT

### COUNT ONE
(Sex Trafficking of a Child)

The Grand Jury for the District of Maryland charges that:

#### General Allegations

1. Defendant **DEION TAURENCE PHILIP**, a/k/a "Fetti, a/k/a "Poppa Fetti," ("**PHILIP**") was born in 1992 and resided in Baltimore, Maryland and Hanover, Pennsylvania.

2. Minor Victim 1 was born in 2009 and was 16 years old at the time of the offenses against her.

3. Minor Victim 2 was born in 2008 and was 17 years old at the time of the offense against her.

#### The Charge

4. From on or about September 1, 2025 through on or about September 25, 2025, in the District of Maryland, the defendant,

**DEION TAURENCE PHILIP,**
a/k/a/ "Fetti,"
a/k/a "Poppa Fetti,"

1

did knowingly recruit, entice, harbor, transport, provide, obtain, maintain, patronize, and solicit by any means, in and affecting interstate commerce, a person, namely, Minor Victim 1, knowing and in reckless disregard of the fact, and having had a reasonable opportunity to observe Minor Victim 1, that Minor Victim 1 had not attained the age of 18 years and that Minor Victim 1 would be caused to engage in a commercial sex act.

U.S.C. §§ 1591(a), (b)(2), and (c)

## COUNT TWO
(Sex Trafficking of a Child)

The Grand Jury for the District of Maryland further charges that:

1. Paragraphs One and Three of Count One are incorporated here.

2. From on or about September 25, 2025, through on or about November 4, 2025, in the District of Maryland and elsewhere, the defendant,

**DEION TAURENCE PHILIP.**
a/k/a/ "Fetti."
a/k/a "Poppa Fetti,"

did knowingly recruit, entice, harbor, transport, provide, obtain, maintain, patronize, and solicit by any means, in and affecting interstate commerce, a person, namely, Minor Victim 2, knowing and in reckless disregard of the fact, and having had a reasonable opportunity to observe Minor Victim 2, that Minor Victim 2 had not attained the age of 18 years and that Minor Victim 2 would be caused to engage in a commercial sex act.

18 U.S.C. §§ 1591(a), (b)(2), and (c)

## COUNT THREE
(Transportation of a Minor)

The Grand Jury for the District of Maryland further charges that:

1. Paragraphs One and Three of Count One are incorporated here.

2. From on or about October 25, 2025 through on or about November 4, 2025, in the District of Maryland and elsewhere, the defendant,

**DEION TAURENCE PHILIP.**
a/k/a/ "Fetti."
a/k/a "Poppa Fetti,"

did knowingly transport Minor Victim 2 who had not attained the age of 18 years in interstate and foreign commerce, with the intent that Minor Victim 2 engage in prostitution and sexual activity for which any person can be charged with a criminal offense, namely, Sex Trafficking of a Child, in violation of 18 U.S.C. 1591 (a), (b)(2), that is, Human Trafficking, in violation of Md. Code Ann., Criminal Law, § 3-1102 (a)(1), (b)(1); and Prostitution, in violation of Md. Code Ann., Criminal Law, § 11-303(a), (b); and Receiving the Earnings of a Prostitute, in violation of Md. Code Ann., Criminal Law, § 11-304(a),(b).

18 U.S.C. § 2423(a)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. §2253, 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the defendant's convictions on any of the offense charged in Counts One through Three of this Indictment.

### Sex Trafficking of a Child Forfeiture

2. Upon conviction of any of the offenses set forth in Counts One through Two of this Indictment, the defendant,

**DEION TAURENCE PHILIP,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 1594(d):

   a. such person's interest in any property, real or personal, that was involved in, used, or intended to be used to commit or to facilitate the commission of such violation, and any property traceable to such property; and

   b. any property, real or personal, constituting or derived from, any proceeds that such person obtained, directly or indirectly, as a result of such violation, or any property traceable to such property.

### Transportation of Minors Forfeiture

3. Upon conviction of the offense set forth in Count Three of this Indictment, the defendant,

**DEION TAURENCE PHILIP,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 2428:

    a.    any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such offenses; and

    b.    any property, real or personal, constituting or derived from any proceeds that the defendant obtained, directly or indirectly, as a result of such offenses.

## Property Subject to Forfeiture

4.    The property to be forfeited includes, but is not limited to, the following items that were seized on November 4, 2025:

    a.    Apple iPhone 14, IMEI 359488542739069 and 359488542837335; and

    b.    Red Apple iPhone, IMEI 356559106052538 and 356559106165983.

## Substitute Assets

5.    If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property that cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

18 U.S.C. §§ 1594(d) and 2428  
21 U.S.C. § 853(p)  
28 U.S.C. § 2461(c)

Kelly O. Hayes
United States Attorney

A TRUE BILL:

SIGNATURE REDACTED
FOREPERSON

2/19/26
Date